UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| SMITH, GEORGE, Jr.<br>SMITH, JANN,<br>            Debtors | CASE NO. 16-00469-JDP |

### ORDER MODIFYING CONFIRMED PLAN
### (Docket No. 37)

**THIS MATTER** coming before the Court on the Trustee's Motion to Modify the Confirmed Plan (docket no. 37) to remove the provision to pay SharkNinja Operating LLC/Full Circle Financial SVC LL a secured claim of $199.80 at 0% interest for a security interest in Debtors' vacuum as the creditor has not filed a claim, due notice having been given and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that that the Debtors' Plan is modified to remove the provision in the confirmed plan to pay SharkNinja Operating LLC/Full Circle Financial SVC LL a secured claim of $199.80 at 0% interest for a security interest in Debtors' vacuum as the creditor has not filed a claim.

**IT IS FURTHER ORDERED** that all other provisions contained in the Debtors' confirmed Chapter 13 plan, as modified, shall remain in full force and effect.// end of text//

Dated: January 13, 2017

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge

Submitted by:

/s/_____Holly Sutherland_____
Holly Sutherland, Attorney for the Trustee